STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant BLUEFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>ANDREW BLUEFORD, )<br><br>Defendant. )<br>_____ ) | No. CR 12-0437 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING**<br><br>Date: January 11, 2013<br>Time: 11:00 a.m.<br>Court: The Honorable Susan Illston |

**STIPULATION**

The parties agree to continue the sentencing in the above-captioned matter from January 11, 2013 until February 1, 2013 at 11:00 a.m. The purpose of the continuance is to enable defense counsel to obtain records that are now under subpoena from GEOCARE, the facility at which the defendant was treated for the last year of his parole prior to release. Per the Court's subpoena, GEOCARE records related to Mr. Blueford were ordered to be returned to the Court by December 20, 2012. To date, GEOCARE has not complied with the subpoena to defense counsel's knowledge, as she has not received information from Court staff that documents were delivered, and recent efforts to contact GEOCARE by counsel's investigator have gone unanswered.

In defense counsel's estimation, these records are necessary and important to this Court's determination regarding sentencing. It is counsel's understanding that Mr. Blueford was performing successfully on parole while residing at GEOCARE and participating in programming there, and

1   counsel is attempting to use the records to determine what factors assisted Mr. Blueford succeed on

2   supervision for a lengthy period of time.   Both the government and the Probation Officer assigned to

3   the case are aware of the nature of the records requested by defense counsel and are in agreement as

4   to the continuance.

5       This is the second request made by any party for a sentencing continuance.  The other

6   continuance was also allowed by this Court for the purpose of obtaining records related to Mr.

7   Blueford's parole supervision and other factors.  Some records have come in, while some records, in

8   addition to the GEOCARE records, remain outstanding.

9       Assistant United States Attorney Stephen Meyer has no objection to continuing the sentencing

10  to February 1, 2012, as evidenced by his signature at the conclusion of this stipulation.  Moreover,

11  United States Probation Officer Trevor Lillian has been contacted by defense counsel, and has no

12  objection to continuing the sentencing to February 1, 2012 at 11:00 a.m.

13

14  IT IS SO STIPULATED

15

16  DATED:     1/4/13                     _____/S/_____
                                         ELIZABETH M. FALK
17                                       Assistant Federal Public Defender

18
    DATED:     1/4/13                     _____/S/_____
19                                       STEPHEN MEYER
                                         Assistant United States Attorney
20

21  \\

22  \\

23  \\

24  \\

25  \\

26  \\

1                            [PROPOSED] ORDER

2        Based upon the aforementioned representations of the parties, it is hereby ORDERED that the

3 sentencing in this matter be continued to February 1, 2013 at 11:00 a.m.

4

5 DATED: __1/8/13_____         _____

6                         THE HONORABLE SUSAN ILLSTON
                        UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIP & ORDER CONTINUING
SENTENCING - 12-00437 SI             - 3 -