| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | ELIZABETH M. FALK |
| | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
| | San Francisco, CA 94102 |
| 4 | Telephone: (415) 436-7700 |
| 5 | Counsel for Defendant BLUEFORD |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 12-0437 SI |
| | ) | |
| vs. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING** |
| ANDREW BLUEFORD, | ) | **SENTENCING** |
| | ) | |
| Defendant. | ) | Date: February 1, 2013 |
| | ) | Time: 11:00 a.m. |
| | ) | Court: The Honorable Susan Illston |
| | ) | |

**STIPULATION**

The parties agree to continue the sentencing in the above-captioned matter from February 1, 2013 until February 8, 2013 at 11:00 a.m. The purpose of the continuance is due to the unavailability of defense counsel on February 1, 2013 for work-related travel that is of an urgent nature. Defense counsel hereby attests that a client in another case is insisting on filing immediate motions and demanding a speedy trial in a case in which a 30 year mandatory minimum sentence is at issue for alleged possession of a silencer during a drug trafficking offense. The 10 year plea offer in that case will explode if any motions are filed, requiring defense counsel to investigate the viability of all potential motions and consult with her client as soon as possible. The case at issue arose in Eureka and the investigation will require a five hour drive each way for defense counsel. Given all these parameters, the only window of time defense counsel has to engage in such immediate investigation is January 30-February 1, 2012.

The earlier continuances of sentencing were allowed by this Court for the purpose of obtaining records related to Mr. Blueford's parole supervision and other sentencing factors. All records are now in the possession of defense counsel and she will be prepared to proceed to sentencing on February 8, 2013. Documents related to Mr. Blueford will be provided to the Court through defense counsel's Sentencing Memorandum.

Assistant United States Attorney Stephen Meyer has no objection to continuing the sentencing to February 8, 2013, as evidenced by his signature at the conclusion of this stipulation. Moreover, United States Probation Officer Trevor Lillian has been contacted by defense counsel, and has no objection to continuing the sentencing to February 8, 2013 at 11:00 a.m.

IT IS SO STIPULATED

DATED:   1/23/13            _____/S/_____
                            ELIZABETH M. FALK
                            Assistant Federal Public Defender

DATED:   1/23/13            _____/S/_____
                            STEPHEN MEYER
                            Assistant United States Attorney

[PROPOSED] ORDER

Based upon the aforementioned representations of the parties, it is hereby ORDERED that the sentencing in this matter be continued to February 8, 2013 at 11:00 a.m.

DATED: ___1/24/13_____   _____
                              THE HONORABLE SUSAN ILLSTON
                              UNITED STATES DISTRICT COURT JUDGE